UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-324-1-F
No. 5:10-CV-187-F

| | |
|---|---|
| JOSEPH EVELYN WING, | ) |
|     Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-10-1-F
No. 5:10-CV-170-F

| | |
|---|---|
| JOSEPH EVELYN WING, | ) |
|     Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## ORDER

The movant's Motion for Appointment of Counsel [DE-39] is HELD IN ABEYANCE. The Clerk of Court is DIRECTED to re-submit it when the Government's Answer or other response to the sealed order of May 24, 2010 [DE-38], is submitted.

SO ORDERED.

This, the 16th day of June, 2010.

                                            JAMES C. FOX
                                Senior United States District Judge